THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH 
 CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 Bennie Riser, Appellant. 
 
 
 
 

Appeal From Spartanburg 
 County
  J. Derham Cole, Circuit Court 
 Judge

Unpublished Opinion 
 No.  2004-UP-297
 Submitted February 23, 2004 
  Filed May 5, 2004

APPEAL DISMISSED

 
 
 
 
 Senior Assistant Appellate 
 Defender Wanda P. Hagler, of Columbia, for Appellant.
 Attorney General Henry Dargan 
 McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant 
 Deputy Attorney General Charles H. Richardson, of Columbia; and Solicitor 
 Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Appellant pled 
 guilty to  three counts of burglary an two counts of carjacking, three counts 
 of first-degree criminal sexual conduct, and one county of unlawful posession 
 of a pistol.  He received an aggregate prison sentence of ninety years.  Pursuant 
 to Anders v. California, 386 U.S. 738 (1967), appellants counsel attached 
 a petition to be relieved.  Appellant filed a pro se  response.
After review of the record pursuant 
 to Anders v. California, 386 U.S. 738 (1967) and State v. Williams,  
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss this appeal and grant counsels 
 petition to be relieved. [1] 
APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, 
 JJ., concur.

 
 
 [1]   We decide this case without oral argument pursuant 
 to Rule 215, SCACR.